UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:24-cr-00099-HZ |
| v. | INDICTMENT |
| KILEY JOHN BARGE, | 18 U.S.C. § 922(g)(1) |
| Defendant. | Forfeiture Allegation |
| | **UNDER SEAL** |

THE GRAND JURY CHARGES:

**COUNT 1**
(Felon in Possession of a Firearm)
(18 U.S.C. § 922(g)(1))

On or about February 29, 2024, in the District of Oregon, defendant **KILEY JOHN BARGE**, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

(1) Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1) in the District of Oregon, on or about December 20, 2021;

(2) Unauthorized Use of a Vehicle, in violation of ORS 164.135 in Marion County, State of Oregon, on or about February 14, 2019;

did knowingly and unlawfully possess the following firearms:

(1) A Norinco, model SKS, 7.62 x 39 caliber rifle; serial number: 23007000L;

Indictment　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1

which firearm had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2
### (Felon in Possession of Ammunition)
### (18 U.S.C. § 922(g)(1))

On or about February 1, 2024, in the District of Oregon, defendant **KILEY JOHN BARGE,** knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

(1) Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1) in the District of Oregon, on or about December 20, 2021;

(2) Felon in Possession of a Firearm, in violation of ORS 166.270 in Marion County, State of Oregon, on or about February 21, 2019;

did knowingly and unlawfully possess the following ammunition:

(1) FC 9 mm ammunition;

which ammunition had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

///

///

///

///

///

///

///

///

**Indictment**                                                                                    **Page 2**

## FORFEITURE ALLEGATION

Upon conviction of the offenses in Count 1 or Count 2, defendant **KILEY JOHN BARGE** shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm involved in that offense, including without limitation:

(1) A Norinco, model SKS, 7.62 x 39 caliber rifle; serial number: 23007000L

Dated: March 12, 2024

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

NATALIE WIGHT
United States Attorney

NICOLE M. BOCKELMAN, OSB #105934
Assistant United States Attorney