**Megha Desai, OSB #141441**
**Assistant Federal Public Defender**
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
(503) 326-2123 Telephone
(503) 326-5524 Facsimile
Email: megha_desai@fd.org

**Attorney for Defendant**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:24-cr-00099-AN-1 |
| **Plaintiff,** | |
| v. | **DECLARATION OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE TRIAL DATE** |
| **KILEY JOHN BARGE,** | |
| **Defendant.** | |

I, Megha Desai, declare:

    1.    I am the attorney appointed to represent Kiley John Barge, in the above-entitled case.

    2.    A jury trial in this case is currently scheduled for April 30, 2024. Mr. Barge was arraigned on March 15, 2024. No continuances have been sought by the defense.

**Page 1 DECLARATION OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE TRIAL DATE**

3. Mr. Barge has not received discovery, and the defense is conducting investigation in his case, including obtaining information relating to circumstances of the offense and Mr. Barge's background. This information relates to pretrial litigation, trial, and sentencing. Mr. Barge therefore respectfully requests that this Court continue his case for a period of approximately 120 days or more to accomplish these tasks.

4. I have discussed with Mr. Barge his right to a speedy trial. He agrees to the continuance and knows it will result in excludable delay under the provisions of 18 U.S.C. § 3161(h)(7)(A) of the Speedy Trial Act.

5. Assistant United States Attorney Nicole Bockelman has no objection to this motion.

6. I make this motion in good faith and not for the purpose of delay.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed on March 18, 2024, in Portland, Oregon.

*/s/ Megha Desai*
Megha Desai
Assistant Federal Public Defender